USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____7/1/20____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                          :
                                                       :
                                  **Plaintiff,**                          :
                                                       :          **10-CR-98 (ALC)**
             **-against-**                                  :
                                                       :          **ORDER**
**HENRY GARCIA,**                                       :
                                                       :
                                **Defendant.**                          :
                                                       :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      It is ORDERED that the Defendant's bail conditions are modified to include:

1. The Defendant shall serve home detention, to be enforced by GPS Monitoring at the residence approved by Probation, pending the resolutions of the Violation of Supervised Release.

2. In light of the COVID-19 pandemic, the Defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

3. The Defendant is to possess or have access to a telephone that will allow videoconferencing by the Probation Department.  The Defendant shall contact Probation daily at 11:00 a.m., Monday-Friday.  The Defendant shall initiate the call.

4. The remaining conditions to be met by July 10, 2020.

5. The Defendant is to report to the Probation Department at 500 Pearl Street, 6th Floor, on July 13, 2020 at 11:00 a.m. (following 14 days of self-quarantine) to have the GPS tracker affixed to his ankle.

**SO ORDERED.**

Dated:        **New York, New York**
                **June 30, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**