USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HENRY GARCIA,

Defendant.

No. 10-CR-98 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A telephone conference is scheduled for July 9, 2020 at 10:30 a.m. and will be held telephonically. The parties shall use the below dial in information:

Call-in Number: (888) 363-4749

Access Code: 1015508

SO ORDERED.

Dated: July 1, 2020
New York, New York

Ronnie Abrams
United States District Judge