USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HENRY GARCIA,

                Defendant.

No. 10-CR-98

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at the conference held today, Mr. Garcia's bail conditions are modified as described below:

- The defendant need not report daily to his Probation Officer once GPS Monitoring is enforced.

- While the defendant is residing in a shelter that requires him to leave during the day, he may do so without it constituting a violation of his bail condition, but with the exception of that, he is required to abide by home incarceration.

- All other conditions of release remain in effect.

A status conference is scheduled for September 11, 2020 at 2:30 p.m.

SO ORDERED.

Dated:    July 9, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge