# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2020

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  The VOSR conference is adjourned to January 15, 2021 at 3:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 6, 2020

    **Re:  United States v. Henry Garcia
10 CR 98 (JSR)**

Dear Judge Abrams:

    With the consent of the Government and probation, I write to request an adjournment of the VOSR hearing currently scheduled for October 9, 2020. Mr. Garcia is currently in full compliance with the conditions of his supervision. He is working and doing well. All parties agree that a 90-day adjournment is appropriate to allow Mr. Garcia the opportunity to demonstrate his continued compliance with supervision.

                Respectfully submitted,

                  /s/
                **JENNIFER L. BROWN**
                Attorney-in-Charge
                Federal Defenders of New York
                (646) 763-1420

cc:  Jacob Fiddleman, Esq.
     Shawnte Lorick, USPO